748 A.2d 591

IN THE MATTER OF DOROTHY SUFFEL TAMBONI, AN ATTORNEY AT LAW.

April 12, 2000.

## ORDER

**DOROTHY SUFFEL TAMBONI** of **MIDDLE VILLAGE,** who was admitted to the bar of this State in 1991, having pleaded guilty to witness tampering in violation of 18 *U.S.C.A.* 1512(b), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **DOROTHY SUFFEL TAMBONI** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against her, effective immediately and until the further Order of this Court; and it is further

ORDERED that **DOROTHY SUFFEL TAMBONI** be restrained and enjoined from practicing law during the period of her suspension; and it is further

ORDERED that **DOROTHY SUFFEL TAMBONI** comply with *Rule* 1:20–20 dealing with suspended attorneys.